UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
AMERICAN SOCIETY FOR THE PREVENTION
OF CRUELTY TO ANIMALS,

              Plaintiff,                  **ORDER**

       - against -                19 Civ. 3112 (NRB)

THE ANIMAL AND PLANT HEALTH
INSPECTION SERVICE and THE UNITED
STATES DEPARTMENT OF AGRICULTURE,

              Defendants.
-------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     The Court has determined that an <u>ex parte</u>, <u>in camera</u> inspection of unredacted copies of the records plaintiff challenges based on defendants' assertion of FOIA Exemption 5 will assist the Court's evaluation of the parties' cross-motions for summary judgment.[1]  <u>See</u> 5 U.S.C. § 552(a)(4)(B).  Defendants shall file these unredacted records under seal and simultaneously mail two copies of the unredacted records to chambers.  With respect to the records sent to chambers, defendants shall draw boxes with red outlines around the portions redacted pursuant to Exemption 5.

Dated:   New York, New York
        September 2, 2020

                                  NAOMI REICE BUCHWALD
                          UNITED STATES DISTRICT JUDGE

---

[1]   These are the documents bearing Bates numbers 000369, 000370-000380, 000410-000412, 000451-000453, 001479, 001488-001492.