| | |
|---|---|
| AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>THE ANIMAL AND PLANT HEALTH INSPECTION SERVICE and THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | 19 Civ. 3112 (NRB) |

## STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING DEADLINE TO FILE MOTION FOR FEE RECOVERY

WHEREAS, on March 25, 2021, the Court issued a Memorandum and Order granting in part and denying in part each of the parties' cross-motions for summary judgment, ECF No. 62, and on April 16, 2021, the Court issued an Order that if no notice of appeal is filed within 60 days of the date of this Order, the agencies shall produce certain information identified in the Order within 65 days of the date of the Order, ECF No. 64;

NOW, THEREFORE, the parties propose the following briefing schedule:

1. In the event that no Party files a notice of appeal, Plaintiff's deadline to file a motion for attorneys' fees and costs is 30 days following the deadline for filing a notice of appeal, or

2. In the event that any Party files an appeal, Plaintiff's deadline to file a motion for attorneys' fees and costs is 30 days following final disposition of this case following appeal.

Dated: New York, New York
April 28, 2021.

      /s/ Robert Hensley

Robert Hensley (admitted pro hac vice)
Senior Counsel, Legal Advocacy ASPCA
520 8th Avenue, 7th Floor New
York, New York
Phone (212)876 7700
jennifer.chin@aspca.org

*Bonnie Weiss McLeod*
*(admitted pro hac vice)*
*1299* Pennsylvania Ave.
Suite 700
Washington, D.C. 20004
Phone (202) 728-7065
Fax (202) 842-7899
bweissmcleod@cooley.com

*Attorneys for Plaintiff*

 /s/Natasha W. Teleanu
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007
Phone: (212) 637-2528
Fax: (212) 637-2786
E-mail:natasha.teleanu@usdoj.gov

*Attorney for Defendants*

SO ORDERED:

Dated: April 28, 2021
      New York, New York

_____
NAOMI REICE BUCHWALD
United States District Judge