UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN SOCIETY FOR THE
PREVENTION OF CRUELTY TO ANIMALS,

Plaintiff,

v.

THE ANIMAL AND PLANT HEALTH
INSPECTION SERVICE, and
THE UNITED STATES DEPARTMENT
OF AGRICULTURE,

Defendants

---

Civ. 1:19-cv-3112-NRB

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that the American Society for the Prevention of Cruelty to Animals ("ASPCA") appeals to the United States Court of Appeals for the Second Circuit from the portion of the Order entered in this action on April 16, 2021 granting the motion for judgment on the pleadings filed by Defendants the Animal and Plant Health Inspection Service and the United States Department of Agriculture (together, the "Agencies") and, in the alternative, granting the Agencies' motion for summary judgment on the ASCPA's policy and practice claim.

Dated: New York, New York
June 15, 2021

Respectfully Submitted,

COOLEY LLP

/s/ *Erin M. Estevez*
Erin M. Estevez (*admitted pro hac vice*)
Bonnie Weiss McLeod (*admitted pro hac vice*)
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC  20004-2400
Phone: (202) 728-7065

Fax: (202) 842-7899
eestevez@cooley.com
bweissmcleod@cooley.com

and


Jennifer H. Chin (JC-6317)
Robert G. Hensley (*admitted pro hac vice*)
Tamara Y. Feliciano (*admitted pro hac vice*)
ASPCA
520 8th Avenue, 7th Floor
New York, New York 10018
Phone: (212) 876-7700
jennifer.chin@aspca.org
robert.hensley@aspca.org
tamara.feliciano@aspca.org

*Attorneys for Plaintiff*